UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD R. GRAHAM,

              Plaintiff,             Case no. 08-14527
                                            Honorable John Corbett O'Meara

v.


COMMISSIONER OF SOCIAL
SECURITY,

              Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE
REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C.

636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Charles E. Binder's Report and

Recommendation, filed October 01, 2009, as well as any objections filed by the parties, and upon

review;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED,

Defendant's motion for summary judgment is GRANTED, and the findings of the Commissioner

are AFFIRMED.

                                    s/John Corbett O'Meara
                                    United States District Judge

Date: October 27, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 27, 2009, by electronic and/or ordinary mail.


s/William Barkholz

Case Manager